## 36606. HUGHES v. EVANS.

Pressie Hughes, Jr., *pro se.*
*Lewis R. Slaton, District Attorney,* for appellee.

## 36618. HUFFMAN et al. v. SULLIVAN et al.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

SUBMITTED AUGUST 29, 1980 — DECIDED SEPTEMBER 24, 1980.

*Maguire & Shepard, Stephen E. Shepard, Samuel F. Maguire,* for appellants.
*Andrew J. Kilpatrick, II,* for appellees.